| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | VOLUNTARY PETITION |
|---|---|

| IN RE | NAME OF JOINT DEBTOR |
|---|---|
| FETMAN, NATHAN | FETMAN, AYALA |
| ALL OTHER NAMES used by the debtor in the last 6 years | ALL OTHER NAMES used by the joint debtor in the last 6 years |
| NONE | NONE |
| SOC. SEC.#/TAX I.D.# | SOC. SEC.#/TAX I.D.# |
| 066527578 | 082540384 |
| STREET ADDRESS OF DEBTOR | STREET ADDRESS OF JOINT DEBTOR |
| 26 CORTLAND RD MONSEY, NY 10952    Ph: | 26 CORTLAND RD MONSEY, NY 10952 |
| COUNTY OF RESIDENCE OR BUSINESS ROCKLAND | COUNTY OF RESIDENCE OR BUSINESS ROCKLAND |
| MAILING ADDRESS OF DEBTOR | MAILING ADDRESS OF JOINT DEBTOR |
| SAME | SAME |

| BUSINESS DEBTOR'S PRINCIPAL ASSET LOCATION | VENUE |
|---|---|
| NOT APPLICABLE | [X] Debtor's domicile, residence, or bu ness assets were in this District the 180 days preceding this petiti |

## INFORMATION REGARDING DEBTOR

| DEBTOR TYPE: [X] Joint (Husband & Wife) DEBT NATURE: [X] Non-Business/Consumer | CHAPTER/SECTION: [X] Chapter 7 FILING FEE:   [X] attached |
|---|---|
| | NAME AND ADDRESS OF LAW FIRM OR ATTORNEY Shmuel Klein LAW OFFICE OF SHMUEL KLEIN PC 268 ROUTE 59 WEST SPRING VALLEY, NY 10977 Telephone No. 914-425-2510 |
| | ATTORNEY(S) REPRESENTING DEBTOR Shmuel Klein SK 7212 |
| | [ ] Debtor not represented by an attorn |

STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. 604)   THIS SPACE FOR COURT USE ONLY

[X] Funds will not be available for unsecured creditors.

| ESTIMATED NO. OF CREDITORS: | [X] 1-15 |
|---|---|
| ESTIMATED ASSETS (thousands): | [X] 100-499 |
| ESTIMATED LIABILITIES (thousands): | [X] 100-499 |
| ESTIMATED NO. OF EMPLOYEES: | [X] Not Applicable |
| ESTIMATED EQUITY SECURITY HOLDERS: | [X] Not Applicable |

## FILING OF PLAN

For Chapter 9, 11, 12 and 13 cases only.

## PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| NONE | | |

## PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR

| Name of Debtor | Case Number | Date |
|---|---|---|
| NONE | | |
| Relationship | District | Judge |

## REQUEST FOR RELIEF

Debtor requests relief under the U.S. Code title 11 chapter specified in this petition.

## SIGNATURES

### Attorney

X _Klein_                                          Date: 02-07-01

Attorney: Shmuel Klein   SK 7212

| JOINT DEBTORS | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| We declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information in this petition is true and correct and that the filing of this petition on behalf of the debtor has been authorized. |
| X _(signature)_ <br> Debtor: NATHAN FETMAN <br> Date: 02-07-01 <br><br> X _(signature)_ <br> Joint Debtor: AYALA FETMAN <br> Date: 02-07-01 | X _____ <br> Signature of Authorized Individual <br> Name: <br> Title: <br> Date: |

## EXHIBIT "A"

[ ] Exhibit "A" is attached and made part of this petition.

TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 §322)

We are aware that we may proceed under chapter 7, 11, or 12, or 13 of title 11, U.S. Code, understand the relief available under such chapter, and choose to proceed under chapter 7 of such title. If we are represented by an attorney Exhibit "B" has been completed.

X _(signature)_                                    Date: 02-07-01

Debtor: NATHAN FETMAN

X _A Jala Fet_                                      Date: 02-07-01

Joint Debtor: AYALA FETMAN

## EXHIBIT "B"

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that [he, she, or they] may proceed under chapter 7, 11, 12, or 13 of title 11, U.S. Code, and have explained the relief available under such chapter.

X _(signature)_                                    Date: 02-07-01

Attorney: Shmuel Klein   SK 7212

In re  NATHAN FETMAN                          Case No. 01-1
     and                                 Chapter 7
     AYALA FETMAN

_____ / Debtors

Attorney for Debtor: Shmuel Klein

## STATEMENT Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b), Rules of Bankruptcy
Procedure, states that:

1.  The compensation paid or promised by the Debtor(s), to the
undersigned, is as follows:

| | |
|---|---|
| For legal services rendered, Debtor(s) agrees to pay | $ 1,200.00 |
| Prior to the filing of this Statement, Debtor(s) paid | 1,200.00 |
| Balance Due | 0.00 |

2.  The Filing Fee has been paid.

3.  The Services rendered or to be rendered include the following:

 (a) Analysis of the financial situation, and rendering advice
and assistance to  the  client in determining whether to file a
petition under Title 11 USC

 (b) Preparation and filing of the petition, schedules, statement
of affairs and other documents required by the court.

 (c) Representation of the client at the first meeting of
creditors.

4.  The source of payments made by the debtor(s) to the
undersigned was from earnings, wages and compensation for
services performed, and none other.

5.  The source of payments to be made by the debtor(s) to the
undersigned for the unpaid balance remaining, if any, will be
from earnings, wages and compensation for services performed, and
none other.

6.  The undersigned has received no transfer, assignment or pledge
of property from the debtor(s) except the following for the value
stated: None.

7.  The undersigned has not shared or agreed to share with any
other entity, other than with members of the undersigned's law
firm, any compensation paid or to be paid except as follows:
None.

8.  By agreement with the debtor(s), the disclosed fee does not
include any of the following services: representation of the
debtor(s) in any adversary proceeding, defense in any
dischargeability application, avoidance and/or non bankruptcy
matters, amendments to any portion of the petition, schedule or
statement, attending more than one 341 meeting and not more than
one confirmation hearing.

Dated: 02-07-01          Respectfully submitted,


_____
Attorney for Petitioner:
Shmuel Klein    SK 7212
LAW OFFICE OF SHMUEL KLEIN PC
268 ROUTE 59 WEST
SPRING VALLEY, NY 10977

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | H W J C | Market Value of Debtor's Interest | Amount of Secured Claim |
|---|---|---|---|---|
| 26 CORTLAND RD., MONSEY, NY | | J | $ 310,000 | $ 307,059 |
| | | Total | $ 310,000 | |

## SCHEDULE B - PERSONAL PROPERTY

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|
| 1. Cash on hand. CASH | | J | $ 20 |
| 2. Checking, savings or other financial accounts, certificates of deposits or shares in banks, savings, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. CHECKING | | J | $ 500 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. [x] NONE | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. MISC FURNISHINGS | | J | $ 1,500 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. MISC BOOKS | | J | $ 500 |
| 6. Wearing apparel. MISC CLOTHES | | J | $ 500 |
| 7. Furs and jewelry. MISC JEWELRY | | J | $ 100 |
| 8. Firearms and sports, photographic, and other hobby equipment. [x] NONE | | | |
| 9. Interests in insurance policies. LIFE | | J | $ 1,000 |
| 10. Annuities. [x] NONE | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. [x] NONE | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. [x] NONE | | | |

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|

13. Interests in partnerships or joint ventures.
   [x] NONE

14. Government and corporate bonds and other negotiable and non-negotiable instruments.
   [x] NONE

15. Accounts receivable.
   [x] NONE

16. Alimony, maintenance, support, and property settlements, to which the debtor is or may be entitled.
   [x] NONE

17. Other liquidated debts owing debtor including tax refunds.
   [x] NONE

18. Equitable and future interests, life estates, and rights of power exercisable for the benefit of the debtor other than those listed in Schedule of Real Property.
   [x] NONE

19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust.
   [x] NONE

20. Other contingent and unliquidated claims of every nature, including tax refunds, counter claims of the debtor, and the rights to setoff claims.
   [x] NONE

21. Patents, copyrights, and other intellectual property.
   [x] NONE

22. Licenses, franchises, and other general intangibles.
   [x] NONE

23. Automobiles, trucks, trailers, and other vehicles and accessories.
   1992 INFINITI                                              J          $ 2,400

   1994 JEEP                                                  J          $ 2,400

24. Boats, motors, and accessories.
   [x] NONE

## SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|

25. Aircraft and accessories.
    [x] NONE

26. Office equipment, furnishings, and supplies.
    [x] NONE

27. Machinery, fixtures, equipment, and supplies used in business.
    [x] NONE

28. Inventory.
    [x] NONE

29. Animals.
    [x] NONE

30. Crops – growing or harvested.
    [x] NONE

31. Farming equipment and implements.
    [x] NONE

32. Farm supplies, chemicals, and feed.
    [x] NONE

33. Other personal property of any kind not already listed.
    [x] NONE

Total        $ 8,920

## SCHEDULE C - PROPERTY CLAIMED EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
[x] 11 USC 522(b)(2); Exemptions available under applicable nonbankruptcy
federal laws, and state or local laws.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property w/o Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| 26 CORTLAND RD., MONSEY, NY | | | $ 310,000 |
| | N.Y. Civ. Prac. Law and Rules S5206 | $ 2,941 | |
| **Cash on hand** | | | |
| CASH | | | $ 20 |
| | N.Y. Debtor and Creditor Law S283 | $ 20 | |
| **Deposits of money with banks, etc** | | | |
| CHECKING | | | $ 500 |
| | N.Y. Debtor and Creditor Law S283 | $ 500 | |
| **Household goods and furnishings** | | | |
| MISC FURNISHINGS | | | $ 1,500 |
| | N.Y. Civ. Prac. Law and Rules S5205 | $ 1,500 | |
| **Books, pictures, art and collections** | | | |
| MISC BOOKS | | | $ 500 |
| | N.Y. Civ. Prac. Law and Rules S5205 | $ 500 | |
| **Wearing apparel** | | | |
| MISC CLOTHES | | | $ 500 |
| | N.Y. Civ. Prac. Law and Rules S5205 | $ 500 | |
| **Furs and jewelry** | | | |
| MISC JEWELRY | | | $ 100 |
| | N.Y. Debtor and Creditor Law S283 | $ 100 | |
| **Interests in insurance policies** | | | |
| LIFE | | | $ 1,000 |
| | N.Y. Insurance Law S3212 | $ 1,000 | |
| **Automobiles, trucks, trailers, etc, and accessories** | | | |
| 1992 INFINITI | | | $ 2,400 |
| | N.Y. Debtor and Creditor Law S282 | $ 2,400 | |
| 1994 JEEP | | | $ 2,400 |
| | N.Y. Debtor and Creditor Law S282 | $ 2,400 | |

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| | Creditor Name and Address | Date, Nature of Lien, Description & Value | Claim Amount | Unsecured Portion and Notes* |
|---|---|---|---|---|
| 1. | Account No.<br>HOME COMMERCIAL FUNDING<br>PO BOX 78426<br>PHOENIX, AZ 85062-8426 | Mortgage<br>26 CORTLAND RD., MONSEY, NY<br>Value: $ 310,000.00 | $ 297,577.00 | $ 0.00<br>*Joint Debt |
| 2. | Account No.<br>ROCKLAND COUNTY TREASURER<br>11 NEW HEMPSTEAD RD<br>NEW CITY, NY 10956 | REAL PROPERTY TAX<br>26 CORTLAND RD., MONSEY, NY<br>Value: $ 310,000.00 | $ 9,482.00 | $ 0.00<br>*Joint Debt |

No continuation sheets attached

Subtotal: $ 307,059.00
Total: $ 307,059.00

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[X] Debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY

[ ] **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. S507(a)(2).

[ ] **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $2000 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. S507(a)(3).

[ ] **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. S507(a)(4).

[ ] **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $2000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. S507(a)(5).

[ ] **Deposits by individuals**
Claims of individual up to a maximum of $900 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. S507(a)(6).

[ ] **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. S507(a)(7).

[ ] **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve

System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. S507(a)(8).

No continuation sheets attached

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| | Creditor Name and Address | Date Claim was Incurred Consideration for Claim | Claim Amount and Notes* |
|---|---|---|---|
| 1. | Account No. ATT UNIVERSAL CARD PO BOX 8210 SOUTH HACKENSACK, NJ 07606 | Credit card purchases | $ 3,553.09 *Joint Debt |
| 2. | Account No. CHASE PO BOX 6997 NEWARK, DE 19714-6997 | Credit card purchases | $ 14,516.00 *Joint Debt |
| 3. | Account No. CITIBANK PO BOX 8112 S HACKENSACK, NJ 07606-8112 | Credit card purchases | $ 7,207.00 *Joint Debt |
| | RISK MANAGMENT ALTERNATIVES   Representing: CITIBANK 1500 COMMERCE DR MENDOTA HEIGHTS, MN 55120 | | |
| 4. | Account No. DISCOVER CARD GREENWOOD TRUST PO BOX 6011 DOVER, DE 19903-6011 | Credit card purchases | $ 250.00 *Joint Debt |
| 5. | Account No. EAB PO BOX 15137 WILMINGTON, DE 19886-5137 | Credit card purchases | $ 2,683.00 *Joint Debt |
| 6. | Account No. FIRST SELECT PO BOX 660767 DALLAS, TX 75266-0767 | Credit card purchases | $ 6,239.33 *Joint Debt |
| 7. | Account No. FIRST UNION PO BOX 2357 BRUNSWICK, GA 31521-2357 | Credit card purchases | $ 14,937.00 *Joint Debt |

1 continuation sheet attached                    Subtotal:    $ 49,385.42

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| Creditor Name and Address | Date Claim was Incurred Consideration for Claim | Claim Amount and Notes* |
|---|---|---|
| 8. Account No.<br>FIRST USA<br>PO BOX 8650<br>WILMINGTON, DE 19899-8650 | Credit card purchases | $ 3,951.00<br>*Joint Debt |
| 9. Account No.<br>JACOB DEUTSCH<br>30 SOUTH DOUGHTY AVE<br>SOMERVILLE, NJ 08876-2800 | JUDGMENT | $ 4,273.00<br>*Joint Debt |
| 10. Account No.<br>MBNA<br>PO BOX 15028<br>WILMINGTON, DE 19886-5028 | Credit card purchases | $ 2,406.00<br>*Joint Debt |
| 11. Account No.<br>SUMMIT BANK<br>210 MAIN ST<br>HACKENSACK, NJ 07601 | PERSONAL LOAN | $ 16,944.00<br>*Joint Debt |

Sheet no. 1 of 1

Subtotal: $ 27,574.00
Total: $ 76,959.42

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Address of Other Parties to Instrument | Notes of Contract or Lease and Debtor's Interest |
|---|---|

[X] No executory contracts or unexpired leases.

## SCHEDULE H - CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
| --- | --- |

[X] Debtor has no codebtors.

## SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

DEBTOR'S MARITAL STATUS: Married

DEPENDENTS OF DEBTOR AND SPOUSE:

| NAME | AGE | RELATIONSHIP |
|------|-----|--------------|
| RINA | 16 | Daughter |

EMPLOYMENT:

| | DEBTOR | SPOUSE |
|---|--------|--------|
| Occupation: | CANTOR | AYALA |
| Name of Employer: | TEMPLE SHALOM | |
| How Long Employed: | 22 YEARS | |
| Employer Address: | NORTH BRIDGE ST | |
| | BRIDGEWATER, NJ | |

| | | DEBTOR | SPOUSE |
|---|---|--------|--------|
| **INCOME:** | | | |
| Current monthly gross wages, salary, and commissions | | $ 3,500.00 | $ 1,800.00 |
| Estimated monthly overtime | | $ 0.00 | $ 0.00 |
| | SUBTOTAL | $ 3,500.00 | $ 1,800.00 |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ 423.00 | $ 0.00 |
| b. Insurance | | $ 0.00 | $ 0.00 |
| c. Union dues | | $ 0.00 | $ 0.00 |
| d. Other: | | $ 0.00 | $ 0.00 |
| | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 423.00 | $ 0.00 |
| | TOTAL NET MONTHLY TAKE HOME PAY | $ 3,077.00 | $ 1,800.00 |
| | | | |
| Regular income from operation of business or profession or farm | | | |
| (attach detailed statement) | | $ 0.00 | $ 0.00 |
| Income from real property | | $ 0.00 | $ 0.00 |
| Interest and dividends | | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor | | | |
| for the debtor's use or that of dependents listed above. | | $ 0.00 | $ 0.00 |
| Social security or other government assistance | | $ 0.00 | $ 0.00 |
| Pension or retirement income | | $ 0.00 | $ 0.00 |
| Other monthly income | | $ 0.00 | $ 0.00 |
| | TOTAL MONTHLY INCOME | $ 3,077.00 | $ 1,800.00 |
| TOTAL COMBINED MONTHLY INCOME | | $ 4,877.00 | |

Describe any increase or decrease of more than 10% in any of the above categories
anticipated to occur within the year following the filing of this document:
   NONE

## SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate
household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 3,055.00 |
| Are real estate taxes included?   Yes___  No _x_ | |
| Is property insurance included?   Yes___  No _x_ | |
| Utilities: Electricity and heating fuel | $   225.00 |
|         Water and sewer | $    30.00 |
|         Telephone | $    75.00 |
|         Other CABLE | $    39.00 |
| Home maintenance (repairs and upkeep) | $    10.00 |
| Food | $   500.00 |
| Clothing | $    25.00 |
| Laundry and Dry cleaning | $    10.00 |
| Medical and Dental expenses | $    25.00 |
| Transportation (not including car payments) | $   100.00 |
| Recreation, clubs, and entertainment, newspaper, magazines, etc. | $     8.00 |
| Charitable contributions | $    10.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|         Homeowner's or renter's | $    65.00 |
|         Life | $     0.00 |
|         Health | $     0.00 |
|         Auto | $     0.00 |
|         Other | $     0.00 |
| Taxes (not deducted from wages or included in home mortgages) | $     0.00 |
| Installment payments: | |
|         Auto | $     0.00 |
|         Other REAL PROPERTY TAXES | $   700.00 |
| Alimony, maintenance, and support paid to others | $     0.00 |
| Payments for support of additional dependents not living at your home | $     0.00 |
| Regular expenses from operation of business, profession, or farm | |
| (attach detailed statement) | $     0.00 |
| Other | $     0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $   4,877.00 |

In re   NATHAN FETMAN                                    Case No. 01-1
        and                                             Chapter 7
        AYALA FETMAN
_____/ Debtors
Attorney for Debtor: Shmuel Klein

## STATEMENT OF FINANCIAL AFFAIRS

1. Income from Employment or Operation of Business.

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this case calendar year.

    WAGES
    Income, year to date: 3000
              Last year: 40000
             Year before: 38000
             Source(s): WAGES

_____

2. Income other than from Employment or Operation of Business.

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.

    [X] None

_____

3. Payments to Creditors.

a. List all payments on loans, installments, purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case.

    [X] None

_____

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.

[X] None

---

4. Suits and Administrative Proceedings, Executions, Garnishments and Attachments.

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.

```
            Case title: DEUTSCH V FETMAN
               Case #: DC-1729-00
  Court/Agency location: SUPERIOR CT SOMERSET COUNTY
  Nature of proceeding: COLLECTION
           Suit status: ARBITRATION
```

---

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.

[X] None

---

5. Repossessions, Foreclosures and Returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.

[X] None

---

6. Assignments and Receiverships.

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.

[X] None

---

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.

[X] None

## 7. Gifts.

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.

[X] None

## 8. Losses.

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.

[X] None

## 9. Payments Related to Debt Counseling or Bankruptcy.

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

                Payee: Shmuel Klein
              Address: LAW OFFICE OF SHMUEL KLEIN PC
                Addr2: 268 ROUTE 59 WEST, SPRING VALLEY, NY 10977
      Date of payment: 02-07-01
                Payor: NATHAN FETMAN
        Payment/Value: $1,200.00

## 10. Other Transfers.

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as a security within one year immediately preceding the commencement of this case.

[X] None

---

## 11. Closed Financial Accounts.

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.

```
        Institution: SUMMIT BANK
            Address: SOMERVILLE
    Type of account: CHECKING
          Account #:
      Final balance: 1000
     Date of closing: 11/99
```

---

## 12. Safe Deposit Boxes.

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.

[X] None

---

## 13. Setoffs.

List all setofts made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.

[X] None

---

## 14. Property held for Another Person.

List all property owned by another person that the debtor holds or controls.

[X] None

## 15. Prior Address of Debtor.

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.

[X] None

## 16. Nature, Location and Name of Business.

a. If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

b. If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within two years immediately preceding the commencement of this case.

c. If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within two years immediately preceding the commencement of this case.

[X] None

## 17. Books, records and financial statements.

a. List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised keeping of books of account and records of the debtor.

[X] None

---

b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

[X] None

---

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

[X] None

---

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within two years immediately preceding the commencement of this case by the debtor.

[X] None

---

## 18. Inventories.

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

[X] None

---

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

[X] None

---

## 19. Current Partners, Officers, Directors and Shareholders.

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

[X] None

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

[X] None

## 20. Former partners, officers, directors and shareholders.

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

[X] None

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

[X] None

## 21. Withdrawals from a Partnership or Distributions by a Corporation.

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

[X] None

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto and that they are true and correct.

Date 02-07-01      Signature _____
NATHAN FETMAN, Debtor

Date 02-07-01      Signature _____
AYALA FETMAN, Joint Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. SS 152 and 3571.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re  NATHAN FETMAN                                    Case No. 01-1
        and                                            Chapter 7
        AYALA FETMAN
_____/ Debtors

Attorney for Debtor: Shmuel Klein

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION – JOINT DEBTS

1. We NATHAN FETMAN and AYALA FETMAN, the debtors, have filed a schedule of assets and
liabilities which includes consumer debts secured by property of the estate.

2. Our intention with respect to the property of the estate which secures those consumer
debts is as follows:

a. Property to be Surrendered

Description of Property            Creditor's Name

    NONE


b. Property to be Retained

Description of Property            Creditor's Name              Intention

26 CORTLAND RD., MONSEY, NY        HOME COMMERCIAL FUNDING      Exempt & Redeem 722*
            "                      ROCKLAND COUNTY TREASURER    Exempt & Redeem 722*

*722: Property is claimed as exempt and will be redeemed pursuant to Sec. 722


3. I understand that 521(2)(B) of the Bankruptcy Code requires that I perform the above
stated intentions within 45 days of the filing of this statement with the court, or within
such additional time as the court, for cause, within such 45-day period fixes.


_____        _____
Debtor: NATHAN FETMAN                     Joint Debtor: AYALA FETMAN

Date: 02-07-01

In re  NATHAN FETMAN                   Case No. 01-1
        and                        Chapter 7
       AYALA FETMAN

_____/ Debtors

Attorney for Debtor: Shmuel Klein

## LIST OF CREDITORS

| # | Creditor | Claim and Security | Claim Amount |
|---|----------|--------------------|--------------|
| 1. | ATT UNIVERSAL CARD<br>PO BOX 8210<br>SOUTH HACKENSACK, NJ 07606 | Credit card purchases | $ 3,553.09 |
| 2. | CHASE<br>PO BOX 6997<br>NEWARK, DE 19714-6997 | Credit card purchases | $ 14,516.00 |
| 3. | CITIBANK<br>PO BOX 8112<br>S HACKENSACK, NJ 07606-8112 | Credit card purchases | $ 7,207.00 |
| 4. | DISCOVER CARD<br>GREENWOOD TRUST<br>PO BOX 6011<br>DOVER, DE 19903-6011 | Credit card purchases | $ 250.00 |
| 5. | EAB<br>PO BOX 15137<br>WILMINGTON, DE 19886-5137 | Credit card purchases | $ 2,683.00 |
| 6. | FIRST SELECT<br>PO BOX 660767<br>DALLAS, TX 75266-0767 | Credit card purchases | $ 6,939.33 |
| 7. | FIRST UNION<br>PO BOX 2357<br>BRUNSWICK, GA 31521-2357 | Credit card purchases | $ 14,937.00 |
| 8. | FIRST USA<br>PO BOX 8650<br>WILMINGTON, DE 19899-8650 | Credit card purchases | $ 3,951.00 |

# LIST OF CREDITORS

| # | Creditor | Claim and Security | Claim Amount |
|---|----------|-------------------|--------------|
| 9. | HOME COMMERCIAL FUNDING<br>PO BOX 78426<br>PHOENIX, AZ 85062-8426 | Mortgage<br>26 CORTLAND RD., MONSEY, NY | $ 297,577.00 |
| 10. | JACOB DEUTSCH<br>30 SOUTH DOUGHTY AVE<br>SOMERVILLE, NJ 08876-2800 | JUDGMENT | $ 4,273.00 |
| 11. | MBNA<br>PO BOX 15028<br>WILMINGTON, DE 19886-5028 | Credit card purchases | $ 2,406.00 |
| 12. | ROCKLAND COUNTY TREASURER<br>11 NEW HEMPSTEAD RD<br>NEW CITY, NY 10956 | REAL PROPERTY TAX<br>26 CORTLAND RD., MONSEY, NY | $ 9,482.00 |
| 13. | SUMMIT BANK<br>210 MAIN ST<br>HACKENSACK, NJ 07601 | PERSONAL LOAN | $ 16,944.00 |

In re  NATHAN FETMAN                                    Case No. 01-1
         and                                           Chapter 7
       AYALA FETMAN
_____ / Debtors
Attorney for Debtor: Shmuel Klein


## VERIFICATION OF CREDITOR MATRIX


      The above named Debtor(s) hereby verify that the attached list of

creditors is true and correct to the best of our knowledge.


Dated:_____            _____
                                  Debtor

                                  _____
                                  Joint Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re   NATHAN FETMAN                          Case No. 01-1
         and                                   Chapter 7
        AYALA FETMAN
_____ / Debtors
Attorney for Debtor: Shmuel Klein

## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | Yes | 1 | $ 310,000.00 | | |
| B – Personal Property | Yes | 3 | $ 8,920.00 | | |
| C – Property Claimed As Exempt | Yes | 1 | | | |
| D – Creditor Holding Secured Claims | Yes | 1 | | $ 307,059.00 | |
| E – Creditors Holding Unsecured Priority Claims | Yes | 1 | | $ 0.00 | |
| F – Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $ 76,959.42 | |
| G – Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H – Codebtors | Yes | 1 | | | |
| I – Current Income of Individual Debtor(s) | Yes | 1 | | | $ 4,877.00 |
| J – Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 4,877.00 |

Total Number of sheets
in ALL Schedules > 13

Total Assets > $ 318,920.00

Total Liabilities > $ 384,018.42

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Summary and Schedules, consisting of 14 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date 02-07-01 _____    Signature _____
                                     NATHAN FETMAN, Debtor

Date 02-07-01 _____    Signature _____
                                     AYALA FETMAN, Joint Debtor

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. SS 152 and 3571.