NATHAN FETMAN
AYALA FETMAN
26 CORTLAND RD
MONSEY, NY 10952


Shmuel Klein
LAW OFFICE OF SHMUEL KLEIN PC
268 ROUTE 59 WEST   FED CT ONLY
SPRING VALLEY, NY 10977


CHAPTER SEVEN TRUSTEE
Street
City/State/Zip


ATT UNIVERSAL CARD
PO BOX 8210
SOUTH HACKENSACK, NJ 07606.


CHASE
PO BOX 6997
NEWARK, DE 19714-6997


CITIBANK
PO BOX 8112
S HACKENSACK, NJ 07606-8112


DISCOVER CARD
GREENWOOD TRUST
PO BOX 6011
DOVER, DE 19903-6011


EAB
PO BOX 15137
WILMINGTON, DE 19886-5137


FIRST SELECT
PO BOX 660767
DALLAS, TX 75266-0767

FIRST UNION
PO BOX 2357
BRUNSWICK, GA 31521-2357


FIRST USA
PO BOX 8650
WILMINGTON, DE 19899-8650


HOME COMMERCIAL FUNDING
PO BOX 78426
PHOENIX, AZ 85062-0426


JACOB DEUTSCH
30 SOUTH DOUGHTY AVE
SOMERVILLE, NJ 08876-2800


MBNA
PO BOX 15028
WILMINGTON, DE 19886-5028


OPTIMA
AMERICAN EXPRESS CENTURION BNK
SUITE 0002
CHICAGI IL 60679


RISK MANAGMENT ALTERNATIVES
1500 COMMERCE DR
MENDOTA HEIGHTS, MN 55120


ROCKLAND COUNTY TREASURER
11 NEW HEMPSTEAD RD
NEW CITY, NY 10956


SUMMIT BANK
210 MAIN ST
HACKENSACK, NJ 07601